**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**WESTERN DIVISION**

**TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA**             **PLAINTIFF**

VS.                                                                                                    **Case No. 3:08CV132**

**C. E. FRAZIER CONSTRUCTION COMPANY, INC.,**
**C. E. FRAZIER, JR,**
**PHYLLIS E. FRAZIER,**
**AUSTIN W. FRAZIER,**
**FRAZIER DEVELOPMENT, LLC,**
**M. F. PROPERTIES, L.P., AND**
**AWF, LLC**                                                                                       **DEFENDANTS**

**TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA'S**
**CORPORATE DISCLOSURE STATEMENT**

Travelers Casualty and Surety Company of America, pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, submits its Corporate Disclosure Statement, stating as follows:

Travelers Casualty and Surety Company of America is 100% owned by Travelers Casualty and Surety Company. Travelers Casualty and Surety Company is 100% owned by Travelers Insurance Group Holdings, Inc. Travelers Insurance Group Holdings, Inc. is 100% owned by Travelers Property Casualty Corp. Travelers Property Casualty Corp. is 100% owned by The Travelers Companies, a publicly held company.

RESPECTFULLY SUBMITTED, this the 11th day of February, 2009.

            **TRAVELERS CASUALTY AND SURETY**
            **COMPANY OF AMERICA**

            By: <u>s/ Melody McAnally</u>
               John A. Crawford, Jr. (MS Bar # 10346)
               Melody McAnally (MS Bar # 101236)
               ITS ATTORNEYS

OF COUNSEL:

BUTLER, SNOW, O'MARA, STEVENS & CANNADA, PLLC
Post Office Box 22567
Jackson, MS 39225-2567
Regions Plaza - 17th Floor
210 East Capitol Street
Jackson, MS 39201
(P) (601) 948-5711
(F) (601) 985-4500
(E) jack.crawford@butlersnow.com
(E) melody.mcanally@butlersnow.com

Jackson 3674893v.1

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 11, 2009, I electronically filed the foregoing with the Clerk of Court using the ECF system, which sent notification of such filing to the following: William N. Reed, Esq. (wreed@bakerdonelson.com) and Jesse Mitchell, III, Esq. (mitchell@bakerdonelson.com), *counsel for Defendant Phyllis E. Frazier*; and Robert W. Gambrell, Esq. (rgnd@gulfcoastlawyer.com), *counsel for C.E. Frazier, Jr.*; and I hereby certify that I have mailed by U.S. mail, postage prepaid a copy to the following non-ECF participants:

C.E. Frazier Construction Company, Inc.
c/o. C.E. Frazier, Registered Agent
5247 Suite A Greenway Drive
Ridgeland, MS 39158
3565B Crestview Drive
Tupelo, MS  38801

Frazier Development, LLC
c/o C.E. Frazier, Jr.
430 St. Andrews Drive
Jackson, MS  39211
3565B Crestview Drive
Tupelo, MS  38801

M.F. Properties, L.P.
c/o C.E. Frazier
430 St. Andrews Drive
Jackson, MS  39211
3565B Crestview Drive
Tupelo, MS  38801

AWF, LLC
c/o Austin W. Frazier
5547A Greenway Drive
Jackson MS 39204

s/ Melody McAnally

Jackson 3674893v.1